**Order entered July 2, 2021**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-18-00360-CR

**DEMOND DEPREE BLUNTSON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 49th District Court**
**Webb County, Texas**
**Trial Court Cause No. 2012CRO000674D1**

### ORDER

In accordance with our opinion of this date, we **ABATE** this appeal and **ORDER** the trial court, within 180 days, to file supplemental records of its proceedings on remand.

/s/     CORY L. CARLYLE
        JUSTICE